Peter C. Partnow, ABA No. 7206029
LANE POWELL LLC
1600 A Street, Suite 304
Anchorage, Alaska 99501
Telephone: 907-264-3317
Facsimile: 907-276-2631
Email: PartnowP@lanepowell.com
Attorneys for Defendant Metropolitan Life Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| WALTER E. CORRIGAN, Jr.<br>ALICIA M. CORRIGAN,<br><br>       Plaintiffs,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>       Defendant. | Case No. 3:17-cv-00207-SLG<br><br>**STIPULATION FOR<br>DISMISSAL WITH PREJUDICE** |

  The parties, by and through their respective counsel, pursuant to Rule 41(a)(1)(ii) of the Fed. R. Civ. P., stipulate that this action be dismissed with prejudice, with each of the parties to bear their own costs and attorney's fees.

|  |  |
|---|---|
|  | LANE POWELL LLC<br>Attorneys for Defendant |
| Dated: February 20, 2019 | By s/ *Peter C. Partnow*<br>  Peter C. Partnow, ABA No. 7206029 |
|  | LAW OFFICES OF MARC JUNE<br>Attorneys for Plaintiff |
| Dated: February 20, 2019 | By s/ *Marc W. June* (w/consent)<br>  Marc W. June, ABA No. 8011091 |

I certify that on February 20, 2019, a copy of the foregoing was served electronically on:
Marc W. June, junelawyer@cs.com
s/ Peter C. Partnow